# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**ELLIS REED (#105512)**

**CIVIL ACTION**

**VERSUS**

**NO.   19-718-JWD-RLB**

**JAMES LEBLANC, ET AL.**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc. 37) dated March 25, 2021, to which no objection was filed;

**IT IS ORDERED** that defendant's Motion to Dismiss (Doc. 29) is granted, in part, and the plaintiff's claims asserted against the moving defendants in their official capacities for monetary damages are dismissed, with prejudice. In all other regards the Motion is denied, and that this matter is referred back to the Magistrate Judge for further proceedings herein.

Signed in Baton Rouge, Louisiana, on <u>April 26, 2021</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**