RECEIVED
JAN 10 2023
Legal Programs Department

United States District Court
Middle District Of Louisiana

Ellis Reed 610551      Civil No. 19-718-JWD-RLB

Versus SCANNED at LSP and Emailed 1-10-23 by KS . 5 pages Magistrate Judge

Richard L. Bourgeois, Jr.

James Leblanc, et Al

## Plaintiff Previous objection To Defendant's motion For Leave To File A Redundant And Previously Ruled on And Decided motion FOR summary Judgment

Pro se Plaintiff Ellis Reed, Reiterate and File the same objection To Defendants motion FOR Leave To File an out of time motion FOR Summary Judgment. Scanned at LSP and Emailed on 9-15-22. 3 Pages.

First. Plaintiff moves FOR sanctions against defendant's For Pursuit in and abuse OF the Summary Judgment Process.

Second: Plaintiff moves and Request for costs of the filing of this Reply, and additional costs of the clerk fees for the filing and coping the illegal procedural knowingly taken by defendants attorney.

A. Plaintiff contends that Pretrial Proceedings are closed, with Respect to a Judicial ORDER Setting the case for Trial.

The only was an illegal device can be used in this case if the Parties were to agree on such a Procedure. In the instance, the Defendants did not Request that Plaintiff agree to the illegal motion Procedure, in stead Defendants moved in this court for Leave to file its motion Requesting for Summery Judgment. this Practice flouts the court's Rules, as well as this court's order's Previously given last week at the September hearing.

B. Plaintiff is being forced to Plead against this illegal filing. out of abundance of caution Plaintiff shows the following:

1. This court must agree that good cause does not exist and that Defendants seek only to Relitigate the same motion that was denied by this court.

2. Defendants have failed, as it should have, in explaining why it failed to adhere to the deadlines set by the court. This First element shall be explained without which the court has no alternative but to look Suspiciously upon the Motives of the movers, as it should, because this Practice is illegal.

3. Defendants are wishing to Refile a motion that was denied by this court and Presents nothing new so as to warrant consideration. In fact it is undisputed that Defendants motion Rehashes the same issues over and over again. When does it Stop. This court does have to stand For this abuse, Sanction is in ORDER.

4. This court has denied the same motion twice already. Plaintiff would be substantially Prejudiced by a last moment Revision of

claims, and Re-characterization of undisputed facts.

5. Plaintiff undeniably disputes Defendants claims that he was cured of Hepatitis C.

6. Plaintiff is suffering Cirrhosis of the Liver, this is an indisputable Result of the ongoing Ravages of Hepatitis-C.

7. Plaintiff contends that Defendants Reasonably likely doctored the medical Results with the intent to downplay or coverup evidence of deliberate indifference to Plaintiff's serious medical needs. This is a Factual matter for the Jury to decide.

8. Plaintiff additionally contends that whether he was cured of Hep-C, or whether his present Cirrhosis of the Liver Resulted from an ongoing viral infection, is also patently a Factual matter for the Jury to decide.

Wherefore, Plaintiff moves the court to deny Defendant's Leave to File a motion for Summary Judgment. Further, Plaintiff moves that Defendants be sanctioned, and ordered to Pay costs and filing Fees and Clerk Fees.

_____
Ellis Reed